No. 80–1013. Ford Motor Credit Co. et al. *v.* Murphy. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Anderson Bros. Ford* v. *Valencia, ante,* p. 205.

No. 80–1393. Missouri *v.* Crews; Missouri *v.* Crews; Missouri *v.* Helton; and Missouri *v.* Tunstall. Ct. App. Mo., Eastern Dist. Motions of respondents Timothy Crews, Willie Tunstall, and Terry Gene Crews for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Albernaz* v. *United States,* 450 U. S. 333 (1981).

No. D–111. In re Disbarment of Chapman. It having been reported to the Court that Gerald McNamara Chapman has been reinstated on the roll of attorneys admitted to practice in the State of Illinois, it is ordered that the order of this Court entered June 13, 1977 [431 U. S. 962], suspending Gerald McNamara Chapman from the further practice of law in this Court is vacated and that the rule to show cause issued June 13, 1977, is discharged.

No. D–175. In re Disbarment of Feldshuh. Disbarment entered. [For earlier order herein, see 444 U. S. 895.]

No. 85, Orig. Texas *v.* Oklahoma. Motion for entry of judgment by consent of plaintiff and defendant referred to the Special Master. [For earlier order herein, see, *e. g.,* 450 U. S. 1038.]